TOWN OF ALAPAHA *v.* PAULK.

LUMPKIN, J. 1. Under the pleadings and evidence, there was no abuse of discretion in granting an interlocutory injunction.

2. The overruling of a demurrer to an equitable petition is not a judgment which can be reviewed as such on a fast writ of error.

*Judgment affirmed. All the Justices concur.*

Argued February 3,—Decided May 12, 1908.

Injunction. Before Judge Mitchell. Berrien superior court. September 25, 1907.

*Hendricks & Christian,* for plaintiff in error.

*Fulwood & Murray,* contra.